UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MCINERNEY,

    Plaintiff,

v.

ROOSEN, VARCHETTI & OLIVIER, PLLC,

    Defendant.

Case No. 2:17-cv-10037-SFC-EAS
Hon. Sean F. Cox
Mag. Judge Elizabeth A. Stafford

---

## PARTIES' STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AND WITHOUT FEES AND COSTS

Ryan McInerney and Roosen, Varchetti & Olivier, PLLC hereby stipulate to the dismissal of this case with prejudice and without fees or costs to any party.

**So stipulated:**

| | |
|---|---|
| */s/ Sean O'Mara    (w/consent 1/31/18)* | */s/ Kathleen H. Klaus* |
| O'MARA LAW FIRM, P.C. | MADDIN HAUSER ROTH |
| Sean R. O'Mara (P76140) |   & HELLER, P.C. |
| Attorney for Plaintiff | Kathleen H. Klaus (P67207) |
| 21929 E. Nine Mile Rd. | Attorneys for Defendant |
| St. Clair Shores, MI  48080 | 28400 Northwestern Highway |
| (586) 200-6404 | Second Floor |
| | Southfield, MI  48034 |
| | (248) 359-7520 |

2114133

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MCINERNEY,

    Plaintiff,

v.

Case No. 2:17-cv-10037-SFC-EAS
Hon. Sean F. Cox
Mag. Judge Elizabeth A. Stafford

ROOSEN, VARCHETTI & OLIVIER, PLLC,

    Defendant.

## **ORDER OF DISMISSAL**

This cause coming to be heard on the parties' stipulation,

IT IS HEREBY ORDERED:

This case is dismissed with prejudice and without fees or costs to any party.

Dated: February 16, 2018          s/Sean F. Cox
                                                       Sean F. Cox
                                                       U. S. District Judge

2114133